# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0094. AFFINITY CLAIM CONSULTANTS LLC A/A/O TIMOTHY LAO et al. v. ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY.**

The Appellant in the above-styled case has filed a motion entitled Appellant's Motion For Withdrawal Of Appeal.  Pursuant to Court Rule 41(g)(1), said motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/17/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*